IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01478-BNB

ALFONSO CASTELLANOS MUNOZ,

    Plaintiff,

v.

AURORA POLICE DEPT.,
PARIEL OATES,
GREGG GALLOZZI, and
DAVID SUTHERLAND,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Alfonso Castellanos Munoz, appears to be a pretrial detainee who currently is confined at the Global Expertise Outsourcing (GEO)/United States Immigration and Customs Enforcement (ICE) Processing Center in Aurora, Colorado. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint for money damages. He also submitted a motion for the appointment of counsel.

On August 27, 2007, Magistrate Judge Boyd N. Boland entered an order granting Mr. Munoz leave to proceed pursuant to 28 U.S.C. § 1915, directing him within thirty days to file an amended complaint that sues the proper parties and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and denying the motion for appointment of counsel as premature. The order warned Mr. Munoz that if he failed to comply with the August 27 order to the Court's satisfaction

within the time allowed, the complaint and the action would be dismissed without further notice. Mr. Munoz has failed within the time allowed to comply with the August 27 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to prosecute and for failure to comply with the August 27, 2007, order within the time allowed.

DATED at Denver, Colorado, this 2 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01478-BNB

Alfonso Castellanos Munoz
Prisoner No. K1672
GEO/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/4/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk